79FH= 98 5 HFI 9 7 CDM
?5F9B A=I7 &lt;9 @@Z7 @9F?

By s/ THOMAS DREW
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS

June 02, 2014

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION                                          MDL No. 2244

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −177)**

On May 23, 2011, the Panel transferred 3 civil action(s) to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 787 F.Supp.2d 1358 (J.P.M.L. 2011). Since that time, 1,171 additional action(s) have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable James Edgar Kinkeade.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Kinkeade.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Texas for the reasons stated in the order of May 23, 2011, and, with the consent of that court, assigned to the Honorable James Edgar Kinkeade.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 02, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION        MDL No. 2244

## SCHEDULE CTO−177 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 14−03228 | Frank McNally v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−03230 | Michael J. Damianakes v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−03371 | Randy W. Young et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−03378 | Karen A. Mendenhall−Gregory et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−03452 | William Gillespie v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−03457 | Phyllis Darnell v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 14−03702 | Kathleen Dailey v. DePuy Orthopaedics, Inc., et al |
| CAC | 8 | 14−00739 | Tara Naramore v. DePuy Orthopaedics, Inc. et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 14−02039 | Thomforde v. DePuy Orthopaedics, Inc. et al |
| ~~CAN~~ | ~~3~~ | ~~14−02086~~ | ~~Mondello v. DePuy Orthopaedics, Inc. et al~~  Opposed 5/30/14 |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 14−02316 | Lonngren et al v. DePuy Orthopaedics, Inc. et al |
| **LOUISIANA WESTERN** | | | |
| LAW | 3 | 13−02645 | Massey et al v. Depuy Orthopaedics Inc et al |
| **MARYLAND** | | | |
| MD | 1 | 14−01523 | Chaney et al v. DePuy Orthopaedics, Inc. et al |
| MD | 1 | 14−01524 | Wagner et al v. DePuy Orthopaedics, Inc. et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 14−10794 | Killian v. Johnson &Johnson Inc., et al |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 13−00236 | Wilson v. DePuy Orthopaedics, Inc. et al |
| NCW | 3 | 14−00247 | Goodman et al v. DePuy Orthopaedics, Inc. et al |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 11−21690 | Wright v. DePuy Orthopaedics, Inc. et al |
| OHN | 1 | 12−21232 | Kapral et al v. DePuy Inc., et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 14−00306 | Woycke v. DePuy Orthopaedics Inc. et al |